# Order

Michigan Supreme Court
Lansing, Michigan

September 6, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

140992(73)

TIMOTHY WARD
     Plaintiff-Appellee,

v

          SC: 140992
          COA: 284994
          Kent CC: 04-006032-NF

TITAN INSURANCE COMPANY
     Defendant-Appellant.
_____/

On order of the Court, the motion for reconsideration of this Court's March 30, 2011 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

HATHAWAY, J., would grant the motion for reconsideration.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 6, 2011

_____
Clerk

d0829